## GREENE v. SEITZ.

(City Court of New York, General Term.　July 3, 1899.)

VERDICT ON CONFLICTING EVIDENCE.
　　　An appellate court will not disturb a verdict based on conflicting evidence.

Appeal from special term.

Action by Olin B. Greene against Michael Seitz.　From a judgment in favor of plaintiff, defendant appealed.　Affirmed.

Argued before CONLAN and HASCALL, JJ.

John A. Kamping, for appellant.

Joab H. Banton, for respondent.

HASCALL, J.　The questions involved on the appeal all depend upon rulings as to matters that we find were properly submitted to the jury.　The disputed facts having been found in respondent's favor, under proper submission by the court of contradicted questions as to the contract, compliance with terms by the parties, etc., we see no good cause to disturb the judgment below.　Judgment and order affirmed, with costs.